**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MATTHEW LEE PHILLIPS,

        Plaintiff,

v.                             Case No.:

TIMOTHY ROSE, LORENZO EMILIO, and
TENTH JUDICIAL DISTRICT ATTORNEY'S OFFICE,

        Defendants.

**<u>NOTICE OF REMOVAL OF CIVIL ACTION</u>**

**TO:   THE CLERK FOR THE UNITED STATES DISTRCIT COURT FOR THE DISTRICT OF NEW MEXICO**

PLEASE TAKE NOTICE that Defendant Tenth Judicial District Attorney's Office (hereinafter "TJDA"), hereby removes this action from the Third Judicial District Court, Dona Ana County, New Mexico, to the United States District Court for the District of New Mexico because this Court has original jurisdiction of the Plaintiff's 2nd Amendment, 4th Amendment, potential 14th Amendment, and Federal Freedom of Information Act ("FOIA") claims. Defendant TJDA is entitled to remove this action in accordance with 28 U.S.C. §§1331, 1332, 1441, and 1446, and respectfully submits the following statement of grounds for removal.

1. Plaintiff filed his initial Civil Complaint against Defendant in the Third Judicial District Court in Doña Ana County, New Mexico entitled *Matthew Lee Phillips v. Galactic Enterprises, LLC*; D-307-CV-2024-00269 (hereinafter "the lawsuit") on February 7, 2024.

2. Plaintiff filed a return of service on February 27, 2024 stating that service had been accomplished on Defendant TJDA on February 21, 2024.

3.  In accordance with 28 U.S.C. §1446(a) all process, pleadings, and orders delivered to Defendant TJDA are attached as Exhibit 1 hereto. *See, Exhibit 1.*

4.  Defendant has met the thirty (30) day deadline to remove this action to this Court and this Notice of Removal is timely under 28 U.S.C. §1446(b).

5.  Plaintiff's civil complaint is repetitive and at time hard to follow but Defendant believes that Plaintiff is alleging in his Civil Complaint violations of his rights under the Second, Fourth, and potentially the Fourteenth Amendment, although this is not explicitly stated. Finally, Plaintiff also alleges violations of FOIA. *See, Civil Complaint ¶B(1 pg. 4).*

6.  This Court has original jurisdiction over the Plaintiff's Second, Fourth, and Fourteenth Amendment claims, and his FOIA claims, because they arise under the Constitution, law or treaties of the United States. *See, 28 U.S.C. §1331.* As such, this claim is appropriate for removal to this court under 28 U.S.C. §1441(a), "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." *See 28 U.S.C.A. § 1441(a).*

7.  Plaintiff's claims under New Mexico law fall under this Court's supplemental jurisdiction granted by 28 U.S.C. §1367 because they are related to the above federal claims over which this Court has original jurisdiction such that, "they form part of the same case or controversy under Article III of the United States Constitution." *See, 28 U.S.C. §1367(a).* This Court therefore has jurisdiction over the Plaintiff's claims under the New Mexico Inspection of Public Records Act (hereinafter "IPRA") and the Plaintiff's unspecified tort claims against Defendant TJDA.

2

8. There are no diverging interests among the Defendants, who were all employed by Defendant TJDA, and all Defendants have consented to removal in accordance with 28 U.S.C. §1446(b)(2)(a).

9. This case is currently pending in the Third Judicial District Court of New Mexico. As such, this federal Court is the proper court for removal of this action.

10. A Notice of Filing of Notice of Removal to Federal Court is being filed in the Third Judicial District Court of New Mexico and served simultaneously herewith, in accordance with 28 U.S.C. §1446(d), and a copy is attached hereto as Exhibit 2.

11. A Notice to Adverse Party of Removal of Civil Action to Federal Court is being filed in the Third Judicial District Court of New Mexico and served simultaneously herewith, in accordance with 28 U.S.C. §1446(d), and a copy is attached hereto as Exhibit 3.

DATED this 22th day of March, 2024

Respectfully submitted,

**CARRILLO LAW FIRM, P.C.**

*/s Raúl A. Carrillo, Jr.*
Raúl A. Carrillo, Jr. (NM Bar.: 5600)
P.O. Box 457
Las Cruces, New Mexico 88004
(575) 647-3200
(575) 647-1463 (fax)
*Attorneys for Defendant TJDA*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served on this 22<u>nd</u> day of March, 2024 on the following via the CM/ECF System and U.S. First Class Mail, and email to the following"

Matthew Lee Phillips
5438 Amapola St.
Las Cruces, New Mexico 88007
(575) 680-5152
Highdesert54@yahoo.com
*Plaintiff Pro-Se*

*/s/ Raúl A. Carrillo, Jr.*
Raúl A. Carrillo, Jr.
